UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
Apr 12, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
    v. )
    )    Case No.   6:23-MJ-00003-HBK
CORY LEE PLUMMER, )

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law; report to the U.S. Marshals Office no later than April 17, 2023 4:00 PM for processing.

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose. Defendant is prohibited from residing in Yosemite National Park. Defendant may return to the Park to retrieve his belongings and is permitted to come in to the Park for work only. Defendant may enter the Park one hour before the start of his work shift and must leave the Park no later than 30 minutes after his work shift ends. Defendant may also attend court hearings. He must notify park rangers prior to entering the park and to make arrangements to retrieve belongings.

(3) The defendant shall abstain from the use and possession of alcohol and/or controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4) Defendant must stay away from T.H.K.

(5) The defendant shall notify the Court and defendant's counsel of any change of address; and

(6) The defendant must appear at:    Yosemite Federal Courthouse, 9004 Castle Cliff Court, Yosemite CA
*Place*

Before Magistrate Judge Helena Barch-Kuchta
on    May 16, 2023 at 10:00 AM
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: _____            _____
                                                                                  *Defendant's signature*

Case 6:23-mj-00003-HBK Document 6 Filed 04/13/23 Page 2 of 2

AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

Date: 4/12/2023

*Judicial Officer's Signature*

Magistrate Judge Helena Barch-Kuchta
*Printed name and title*