Case 6:23-mj-00003-ADA-HBK   Document 23   Filed 06/08/23   Page 1 of 1

AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the

## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        v.<br><br>CORY LEE PLUMMER, | )<br>)<br>)    Case No.    6:23-MJ-00003-HBK<br>) |

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose; Defendant is banned from Yosemite National Park while charges are pending. The defendant may enter the park to attend Court hearings. Rule 43 waiver is granted.

(3) The defendant shall abstain from the excessive use of alcohol.

(4) The defendant shall have no contact with the alleged victim TKM;

(5) The defendant shall notify the Court and defendant's counsel of any change of address; and

(6) The defendant must appear at: U.S. District Court, Yosemite CA
*Place*

9004 Castle Cliff Court before Magistrate Judge Helena Barch-Kuchta

on June 13, 2023 at 10:00 AM
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 06/08/2023

CORY L PLUMMER
*Defendant's signature*

Date: 6/8/2023

*[signed]* Helena M. Barch-Kuchta
*Judicial Officer's Signature*

Helena Barch-Kuchta, Magistrate Judge
*Printed name and title*