UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORY LEE PLUMMER,<br><br>Defendant. | 6:23-mj-00003-ADA-HBK-1<br><br>NEW CASE NUMBER:<br><br>**6:23-mj-00003-HBK**<br><br>ORDER REASSIGNING CASE |

On April 28, 2023, this action was assigned to United States District Judge Ana de Alba to address Defendant Cory Lee Plummer's ("Defendant") motion to revoke and amend release conditions. (*See* ECF Nos. 9, 10.) The Court set the briefing schedule for Defendant's motion on May 2, 2023. (ECF No. 12.) On May 30, 2023, this Court held a hearing on the motion and referred the parties for a Detention Hearing before United States Magistrate Judge Helena M. Barch-Kuchta. (ECF No. 18.) On June 8, 2023, Judge Barch-Kuchta held a video conference on review of Defendant's motion to modify the conditions of his release and set his conditions of release in a written order. (ECF Nos. 21, 23.) Because Defendant's motion to revoke and amend release conditions has been addressed, it is ordered that this matter be reassigned from the docket of United States District Judge Ana de Alba to the docket of United States Magistrate Judge Helena M. Barch-Kuchta, for all purposes including trial and entry of judgment.

///

1  To prevent a delay in documents being received by the correct judicial officer, the new case
2  number listed below should be used on all future documents.

3  **6:23-mj-00003-HBK**

6  IT IS SO ORDERED.

7  Dated:   July 7, 2023

   _____
   UNITED STATES DISTRICT JUDGE

2