| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | KARA R. OTTERVANGER, FL Bar # 112110 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | CORY LEE PLUMMER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:23-mj-03-HBK |
| Plaintiff, | ORDER APPROVING REQUEST FOR TRAVEL ASSISTANCE PURSUANT TO 18 U.S.C. § 4285 |
| vs. | |
| CORY LEE PLUMMER, | (Doc. No.39) |
| Defendant. | |

Mr. Plummer, through his undersigned counsel, hereby requests, pursuant to 18 U.S.C. § 4285, that this Court direct the United States Marshal to furnish him with the cost of travel, by bus, from Mariposa, California, to the Federal Courthouse in Yosemite National Park, so that he may attend Court in the Eastern District of California. Mr. Plummer has been found indigent and eligible for appointed counsel in the present case against him. This Court has scheduled a plea and sentencing hearing for November 14, 2023, at 10:00 am in Yosemite. *See* ECF Dkt. # 38.

Mr. Plummer is presently homeless, living at the Heritage House homeless shelter in Mariposa, California. Mr. Plummer does not have a working vehicle. Mr. Plummer does not have family available to provide a ride, as each of them are either out of town or working and unable to get the time off. The Yosemite Area Regional Transportation System (YARTS) provides bus service from midtown Mariposa to Yosemite Valley. Mr. Plummer can walk from the shelter to the bus stop, and from the bust stop to Court. The cost of the bus ticket is $12 each way, plus a $2

service fee. Tickets can be purchase in advance, or as a walk-on purchase.

Given that Mr. Plummer lacks the financial resources to provide the necessary transportation to appear at his required court hearing, the interests of justice are served by directing the United States Marshal to furnish the cost of Mr. Plummer's transportation to his court appearance in Yosemite. The cost of a one-way ticket on YARTS is $14.

Mr. Plummer does not seek that the United States Marshal furnish him with an amount of money for subsistence expenses as a per diem allowed for travel under 5 U.S.C. § 5702(a).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 9, 2023        */s/ Kara R. Ottervanger*
KARA R. OTTERVANGER
Assistant Federal Defender
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
CORY LEE PLUMMER

**O R D E R**

Pursuant to 18 U.S.C. § 4285, the Court finds that the Defendant is financially unable to provide the necessary transportation to appear before the court as required on his own, and accordingly directs the United States Marshal to furnish Cory Plummer with the cost of travel not to exceed $28.00 via YARTS ($14.00 each way) from Mariposa, California, to Yosemite National Park, so that he may attend court in the Eastern District of California on November 14, 2023.

IT IS SO ORDERED.

Dated:   November 10, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

Cory Plummer: Request for Travel Assistance

2