UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORY LEE PLUMMER,<br><br>　　　　　Defendant. | Case No.  6:23-mj-00003-HBK<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY PROBATION<br><br>(Doc. No. 45) |

　　　　Pending before the Court is Defendant's Motion to Modify Conditions of Probation filed October 23, 2024.  (Doc. No. 45, "Motion").  Defendant moves to modify the conditions of his probation pursuant to 18 U.S.C. § 3563(c).  (*Id.*).  The government does not oppose the Motion. (*Id*. at 1).  The Court finding good cause and no opposition by the government, Fed. R. Crim. P. 32.1(c)(2)(C), grants the Motion.

　　　　Accordingly, it is **ORDERED**:

　　　　1. Defendant's Motion to Modify Conditions of Probation (Doc. No. 45) is GRANTED.

　　　　2. Pursuant to 18 U.S.C. § 3563(c), the Court modifies the conditions of Mr. Plummer's term of unsupervised probation as follows:

      a. Mr. Plummer shall receive credit for his 6 months with Teen Challenge and condition 12 is modified to extend the deadline to complete the remaining 6 months of once-weekly mental health and substance abuse treatment through May 31, 2025.

      b. Mr. Plummer may complete this treatment at the Salvation Army Rehabilitation program.

      c. Mr. Plummer shall report to the Salvation Army Rehabilitation program **no later than November 30, 2024**.

Dated:    November 7, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2